UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Caitlyn Vann

        Plaintiff,

v.                Case No.: 1:15−cv−07792
                  Honorable Gary Feinerman

DePaul University

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2015:

  MINUTE entry before the Honorable Gary Feinerman: Status/Motion hearing held. Defendant's motion to dismiss [11] is entered and continued. Plaintiff's response due by 12/4/2015; Defendant's reply due by 12/18/2015. Rule 26(a)(1) disclosures shall be served by 12/7/2015. Initial written discovery request shall be served by 12/18/2015. Fact discovery shall be completed by 5/2/2016. Dispositive motions shall be filed by 6/2/2016. Motions to add new parties or amend the pleadings shall be filed by 3/1/2016. Status hearing set for 11/30/15 at 9:00 a.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.