# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Caitlyn Vann

                    Plaintiff,

v.                                          Case No.: 1:15−cv−07792
                                                                      Honorable Gary Feinerman

DePaul University

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 10, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 4/7/2016 at 9:00 a.m. For the reasons stated on the record, Defendant's partial motion to dismiss [11] is granted in part and denied in part. The IHRA claim is dismissed only to the extent it pertains to the failure to promote; the motion otherwise is denied. Defendant shall answer to the complaint by 3/2/2016.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.