UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAITLYN VANN, ) | |
| ) | |
| Plaintiff, ) | Case No. 15-cv-7792 |
| ) | |
| v. ) | Judge Gary Feinerman |
| ) | |
| DEPAUL UNIVERSITY, ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

1. Pursuant to the Court's July 19, 2016 Order, the parties, Caitlyn Vann and DePaul University, propose the following scheduling order:

   a. Fact discovery to be completed by **December 16, 2016.**
   b. Dispositive motions to be filed by **February 3, 2017.**
   c. Responses to dispositive motions to be filed by **March 16, 2017.**
   d. Replies to dispositive motions to be filed by **April 14, 2017.**

2. Additionally, the parties respectfully request that the status hearing scheduled for August 4, 2016 be stricken and, should the Court wish to see the parties at this time, reset the status hearing to August 11, 2016.

Date: July 20, 2016

Respectfully Submitted,

| | |
|---|---|
| /s/ M. Megan O'Malley | /s/ Anneliese Wermuth |
| Attorney for Plaintiff | Attorney for Defendant |
| M. Megan O'Malley | Anneliese Wermuth |
| Lindsey E. Goldberg | Jenny R. Goltz |
| O'Malley & Madden, P.C. | Cozen O'Connor |
| 542 S. Dearborn St., Suite 660 | 123 North Wacker Drive, Suite 1800 |
| Chicago, Illinois 60605 | Chicago, IL 60606 |
| 312-697-1382 | (312) 474-7900 |
| momalley@ompc-law.com | awermuth@cozen.com |